# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered July 26, 2011:*

*In re* APPLICATION OF MICHIGAN CONSOLIDATED GAS COMPANY TO INCREASE
RATES, Docket Nos. 298830 and 298887. Reported at 293 Mich App
360. The Court orders that the authored published opinion in this case,
which was issued on July 21, 2011, be amended to correct a clerical error.

The last sentence of the partial paragraph at the top of page 6* shall
read: "For these reasons, we reverse the PSC's order below insofar that
it approved more than $5 million in LIEEF funding to come from Mich
Con's ratepayers, and remand this case to the PSC for appropriate
proceedings consistent with this opinion with respect to the LIEEF, and
any remaining implementation regarding the UETM adjustment."

*Order Entered August 9, 2011:*

*In re* ELLIS, Docket Nos. 301884 and 301887.** The Court, on its own
motion, orders that the June 14, 2011, opinion is hereby amended. The
opinion released as an unpublished opinion per curiam is amended to be
an opinion per curiam for publication.

The Clerk's Office is directed to provide a copy of this order to the
Reporter's Office along with a copy of the opinion per curiam.

In all other respects, the June 14, 2011, opinion remains unchanged
and the filing deadline for any additional relief shall run from that date.

*Order Entered August 22, 2011:*

RICHARD V SCHNEIDERMAN & SHERMAN, PC, Docket No. 297353. On the
Court's own motion the August 11, 2011, opinion is hereby vacated. A
new opinion will be issued.***

*Order Entered August 31, 2011:*

*In re* REVIEW OF CONSUMERS ENERGY COMPANY RENEWABLE ENERGY PLAN,
Docket No. 292659. Reported at 293 Mich App 254. The Court orders
that the July 12, 2011, opinion is hereby amended so that footnote 1 reads
in its entirety: "PSC Case No. U-15805 concerns Consumers Energy's EO
and RE plans for its electric division, while PSC Case No. U-15889
concerns Consumers Energy's EO plan for its gas division."

---

* Reference to slip opinion. See 293 Mich App 360, 369—REPORTER.

** Opinion and order subsequently vacated, 294 Mich App 801—
REPORTER.

*** New opinion reported at 294 Mich App 37, vacated and remanded,
490 Mich 1001—REPORTER.